UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                    :

ALA SHAIF MELHI AL NAMER, *et al.*,      :

               Plaintiffs,      :

                             :      26 Civ. 853 (JPC)

      -v-                     :

                             :         ORDER

UNITED STATES OF AMERICA, *et al.*,    :

                             :

              Defendants.     :

-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On May 5, 2026, the Court ordered Plaintiffs "to file a status letter by May 12, 2026, describing (1) whether service of the Summons and Complaint has been made on Defendants, and if not, (2) why good cause exists to excuse Plaintiffs' failure to serve Defendants within the 90-day deadline set by Rule 4(m)." Dkt. 5 at 1. The Court warned that "[i]f no such letter is filed, the Court may dismiss the case for failure to prosecute." *Id.* at 2. The docket does not reflect any response from Plaintiffs.

The Court *sua sponte* extends Plaintiffs' deadline to respond to the Court's May 5, 2026 Order to May 20, 2026. If no response is filed, the Court may dismiss the case for failure to prosecute and/or failure to comply with Court orders.

      SO ORDERED.

Dated: May 15, 2026
      New York, New York                         JOHN P. CRONAN
                                    United States District Judge