UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
ALA SHAIF MELHI AL NAMER, *et al.*,                                     :
                                                                        :
                                    Plaintiffs,                         :
                                                                        :                26 Civ. 853 (JPC)
              -v-                                                       :
                                                                        :                <u>ORDER</u>
UNITED STATES OF AMERICA, *et al.*,                                     :
                                                                        :
                                                                        :
                                    Defendants.                         :
                                                                        :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The Complaint in this action was filed on February 1, 2026.  Dkt. 1.  Defendants have not appeared in this action, and the docket does not reflect whether Defendants have been served. Pursuant to Federal Rule of Civil Procedure 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time."  Fed. R. Civ. P. 4(m).  Plaintiffs' deadline to serve was May 4, 2026.  *See id.*; Fed. R. Civ. P. 6(a)(1)(C) (providing that if the period ends on a weekend, it "continues to run until the end of the next day that is not a Saturday, Sunday, or legal holiday").  On May 5, 2026, the Court ordered Plaintiffs to file a status letter by May 12, 2026, describing "(1) whether service of the Summons and Complaint has been made on Defendants, and if not, (2) why good cause exists to excuse Plaintiffs' failure to serve Defendants within the 90-day deadline set by Rule 4(m)."  Dkt. 5 at 1.  The Court warned that it "may dismiss the case for failure to prosecute" if Plaintiffs do not respond.  *Id.* at 2.  On May 15, 2026, after the docket did not reflect any response from Plaintiffs, the Court extended their deadline to respond once again, this time until May 20, 2026, and warned that "[i]f no response is filed, the Court may dismiss the case for failure to prosecute and/or failure

to comply with Court orders." Dkt. 6.  Plaintiffs have neither responded nor requested an extension of time to serve Defendants.

Plaintiffs failed to serve Defendants by May 4, 2026, and notwithstanding two warnings from the Court that their action may be dismissed, they have failed to show cause that good cause exists to excuse that failure.  Accordingly, the Court dismisses this action without prejudice.  *See* Fed. R. Civ. P. 4(m).

The Clerk of Court is respectfully directed to terminate the case.

SO ORDERED.

Dated: May 28, 2026
       New York, New York

_____
JOHN P. CRONAN
United States District Judge

2